IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION ALL ACTIONS | : : : : : : | MDL 875 <br><br> OHIO NORTHERN *(MARDOC)* |

## O R D E R

AND NOW on this **3rd** day of **October, 2011**, it is hereby **ORDERED** that all claims against all the viable defendants in the cases listed in Exhibit "A", attached, are **DISMISSED** pursuant to Federal Rule of Civil Procedure 41 (a) (2).

It is further **ORDERED** that the cases will be transferred to the "Bankruptcy Only" docket.[1]

It is further **ORDERED** that each of these cases shall be marked **CLOSED.**

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.

---

[1]  The bankruptcy-only docket contains all claims against all defendants in bankruptcy proceedings.